UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER PLYTAS, JR., | : | |
| | : | |
| Petitioner | : | |
| vs. | : | CIVIL NO. 1:CV-16-0960 |
| | : | |
| FEDERAL BUREAU OF PRISONS, *et al.*, | : | (Judge Caldwell) |
| | : | |
| Respondents | : | |

*O R D E R*

AND NOW, this 6th day of March, 2017, based on the accompanying memorandum, it is ORDERED that:

    1. Plytas' habeas petition (ECF No. 1), filed pursuant to 28 U.S.C. § 2241, is denied.

    2. The Government's Motions to Dismiss (ECF Nos. 3 and 9) are granted.

    3. The Clerk of Court is directed to close this case.

                                   /s/ William W. Caldwell
                                    William W. Caldwell
                                    United States District Judge